Charles Masholie, Appellant, v. Floral Park Bank & Trust Co., Formerly Floral Park Bank, Respondent, Impleaded with Another.— All findings

of fact and conclusions of law have been passed upon and are approved. The judgment is modified to the extent indicated in accordance therewith. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.